≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____EASTERN____ District of ____MASS____

OYEGBOLA, ADE

V.

RIDGE, TOM
DHS. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 - 103...

TO: (Name and address of Defendant)

General Counsel
Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20258

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ADE G. OYEGBOLA
46 Birchwood Rd U417
Randolph, MA 02368
(781) 963-0304

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  2·17·04

≈AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 02-17-2004 |
| NAME OF SERVER *(PRINT)* OYEGBOLA, ADE | TITLE Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service; CERTIFIED MAIL with RETURN RECEIPT  # 7003 0500 0004 4005 3100

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 6.95 | TOTAL $6.95 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02-17-2004    _____
                 Date              Signature of Server

46 Birchwood Rd U417 Randolph, MA 02368
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**General Counsel**
Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20258

Case No. 04-10318 RGS

7003 0500 0004 4005 3100

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ 2.90 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.95 |

UNIT ID: 0500
Clerk: KK5220
02/17/04

Sent To: DHS General Counsel
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: Washington, DC

PS Form 3800, June 2002    See Reverse for Instructions

