AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____EASTERN_____    District of    ____MASS____

OYEGBOLA, ADE

V.

RIDGE, TOM
DHS    et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10318

TO: (Name and address of Defendant)

Dennis Riordan
District Director USCIS
J.F.K fed. Bldg.
Government Center
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ADE OYEGBOLA, pro se
46 Birchwood Rd U417
Randolph, MA 02368

(781) 963- 0304

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

DATE _____2·17·04_____

(By) DEPUTY CLERK _____

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 02-17-2004 |
| NAME OF SERVER *(PRINT)* OYEGBOLA, ADE | TITLE | Rn Sc |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): U.S. Postal Service: CERTIFIED MAIL with RETURN RECEIPT  # 7003 0500 0004 4005 3094

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | 6.95 | TOTAL $6.95 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___02-17-2004___   _____
            Date                Signature of Server

46 Birchwood Rd 4417 Randolph, MA 02368
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dennis Riordan, District Director
Boston District Office
U.S. Citizenship and Immigration Services
John F. Kennedy Federal Building
Government Center
Boston, MA 02203

Case N° 04-10318 RGS

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7003 0500 0004 4005 3094

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BOSTON MA 0220

| | | |
|---|---|---|
| Postage | $ | 2.90 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.95 |

UNIT ID: 0500
Postmark Here
Clerk: KK5220
02/17/04
FEB 17 2004

Sent To
Dennis Riordan

Street, Apt. No.; or PO Box No.
JFK Fed Bldg

City, State, ZIP+4
Boston MA

7003 0500 0004 4005 3094

PS Form 3800, June 2002    See Reverse for Instructions

