AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASS__

OYEGBOLA, ADE

v.

RIDGE, TOM
DHS et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-10318 RGS

TO: (Name and address of Defendant)

John Ashcroft,
Attorney General USDOJ
950 Pennsylvania Ave NW
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ade G. Oyegbola pro se
46 Birchwood Rd U417
Randolph, MA 02368
(781) 963-0304

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 2-17-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02-17-2004 |
| NAME OF SERVER (PRINT) OYEGBOLA, ADE | TITLE Pn Se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service. CERTIFIED MAIL with RETURN RECEIPT # 7003 0500 0004 4005 3063

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 6.95 | TOTAL $6.95 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-17-2004          _[signature]_
                 Date              Signature of Server

         46 Birchwood Rd #417 Randolph, MA 02368
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



