# UNITED STATES DISTRICT COURT

EASTERN  District of MASS

OYEGBOLA, ADE

v.

RIDGE, TOM
DHS  et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1031 RGS

TO: (Name and address of Defendant)

TOM RIDGE, SECRETARY
Office of General Counsel
U.S. DHS
Washington, MA 20258

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ADE G. OYEGBOLA pro se
46 Birchwood Rd U417
Randolph, MA 02368
(781) 963 0304

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 2-17-04

☜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 02-17-2004 |
| NAME OF SERVER (PRINT) OYEGBOLA, ADE | TITLE Pro Se. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service Certified Mail with Return Receipt # 7000 0500 0004 4005 3070

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $6.95 | TOTAL $6.95 |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-17-2004
　　　　　　　　Date　　　　　　　Signature of Server

46 Birchwood Rd U417 Randolph, MA 02368
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tom Ridge, Secretary
   Office of General Counsel
   U.S. Department of Homeland Security
   Washington, DC 20258

   Case No. 04-10318 RGS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☒ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0004 4005 3070

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20058

| | | |
|---|---|---|
| Postage | $ | 2.90 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.95 |

UNIT ID: 0500
Postmark Here
Clerk: KK5220
02/17/04

Sent To  Tom Ridge
Street, Apt. No.; or PO Box No.  DHS
City, State, ZIP+4  Washington, DC

PS Form 3800, June 2002   See Reverse for Instructions