UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON, MA)

| | |
|---|---|
| **ADE GEORGE OYEGBOLA,** Petitioner<br><br>vs.<br><br>**TOM RIDGE,** Secretary, DHS<br>**JOHN ASHCROFT,** Attorney General, USDOJ<br>**EDUARDO AQUIRRE JR.,** Director, USCIS<br>**DENNIS RIORDAN,** District Director-Boston, USCIS<br>**Respondents** | **C.A.NO. 04-10318-RGS**<br><br>USCIS # A028-408-457 |

**MOTION TO AMEND PLEADINGS BY SUBSTITUTION PURSUANT TO FED.R.CIV.P RULE 15(a)**

NOW COMES Petitioner, ADE GEORGE OYEGBOLA, Pro Se, in pursuant to Rule 15(a) of Fed.R.Civ.P to amend the original pleadings filed in the case by substitution.

The Original pleading in this case "Petition for Hearing on Naturalization Application and Complaint for Mandamus, Declaratory and Injunctive Relief" was filed in this Court on February 17, 2004.

The Respondents have until June 11, 2004 to file a response or otherwise defend the action. To the best of my knowledge, as at today May 20, 2004, the Respondents have not filed any answer to the pleading.

The original complaint requested a relief in the form of mandamus because the Respondents failed to make a

decision over 985 days after conducting a hearing in the matter.

On May 13, 2004, the Respondents did issue a decision on the Petitioner's Application for Naturalization, thereby satisfying the relief requested. However, the Respondents' decision to deny Petitioner's Naturalization application is based on an erroneous application of the law.

WHEREFORE, Petitioner respectfully moves to amend the original petition and complaint by substitution, to wit; Amended Petition for Hearing on Naturalization Application pursuant to Title 8 U.S.C. Sec. 1421(c).

RESPECTFULLY SUBMITTED,

_____
Ade George Oyegbola
Petitioner, Pro Se
46 Birchwood Road U428
Randolph, MA 02368
Phone: (781) 963 0304
Email: Oyegbola@lancorltd.com

**DATED: MAY 20, 2004**

## CERTIFICATE OF SERVICE

    I, Ade George Oyegbola, certify that on May 20, 2004, I caused a copy of the foregoing Motion to amend to be served by "Hand Delivery" to Michael Sady, AUSA, at U.S. Attorney's Office John Joseph Moakley U.S. Courthouse, Suite 9200 Boston, MA 02210

*[signature]*

Ade George Oyegbola
Petitioner, Pro Se