UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON, MA)

FILED
IN CLERKS OFFICE

2004 JUN 16  A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ADE GEORGE OYEGBOLA,**
                            **Petitioner/Plaintiff**

vs.

**TOM RIDGE,** Secretary, DHS
**JOHN ASHCROFT,** Attorney General, USDOJ
**EDUARDO AQUIRRE JR.,** Director, USCIS
**DENNIS RIORDAN,** District Director-Boston, USCIS
                            **Respondents/Defendants**

**C.A.NO. 04-10318-RGS**

USCIS # A028-408-457

**REQUEST TO ENTER DEFAULT**
**FED.R.CIV.P RULE 55(a)**

Please enter default of Respondents pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Petitioner, Ade George Oyegbola.

                            RESPECTFULLY SUBMITTED,

                            _____
                            Ade George Oyegbola
                            Petitioner, Pro Se
                            46 Birchwood Road U428
                            Randolph, MA 02368
                            Phone: (781) 963 0304
                            Email: Oyegbola@lancorltd.com

**DATED: JUNE 16, 2004**

Page 1 of 4