UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON, MA)

FILED
IN CLERKS OFFICE

2004 JUN 16  A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ADE GEORGE OYEGBOLA,**

**Petitioner/Plaintiff**

vs.

**C.A.NO. 04-10318-RGS**

**TOM RIDGE,** Secretary, DHS
**JOHN ASHCROFT**, Attorney General, USDOJ
**EDUARDO AQUIRRE JR.**, Director, USCIS
**DENNIS RIORDAN**, District Director-Boston, USCIS
**Respondents/Defendants**

USCIS # A028-408-457

---

### AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER DEFAULT FED.R.CIV.P RULE 55(a)

I, Ade George Oyegbola, hereby declare as follows:

1.   I am the Petitioner in the above captioned action.

2.   This action was commenced pursuant to Title 8 U.S.C §1447(b) and 28 U.S.C §1361 on February 18, 2004.

3.   The Respondents answer was originally due on April 17, 2004.

4.   On April 15, 2004, the Respondents moved the court for extension of time to file an answer or otherwise defend the action up to and including June 11, 2004.

5.   Over the Petitioner's objection, on April 21, 2004, the Court granted Respondents' request for extension of time to include June 11, 2004.

6.    On May 20, 2004, Petitioner moved the Court to amend the petition by substitution.[1]

7.    Petitioner's motion to amend was granted on May 25, 2004.

8.    The time within which the Respondents may answer or otherwise move with respect to the petition herein has expired; said Respondents have not answered or otherwise moved with respect to the petition, and the time for the Respondents to do so has not been extended.

WHEREFORE, Petitioner, Ade George Oyegbola, request that the default of the Respondents be noted in the manner stated herein.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

RESPECTFULLY SUBMITTED,

Ade George Oyegbola
Petitioner, Pro Se
46 Birchwood Road U428
Randolph, MA 02368
Phone: (781) 963 0304
Email: Oyegbola@lancorltd.com

**DATED: JUNE 16, 2004**

---

[1] "A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders." Fed. R. Civ. P. Rule 15(a)

## CERTIFICATE OF SERVICE

I, Ade George Oyegbola, certify that on June 16, 2004,
I caused a copy of the foregoing Request and Affidavit to
amend to be served by "Hand Delivery" to Michael Sady,
AUSA, at U.S. Attorney's Office John Joseph Moakley U.S.
Courthouse, Suite 9200 Boston, MA 02210

_____
Ade George Oyegbola
Petitioner, Pro Se