UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADE GEORGE OYEGBOLA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TOM RIDGE, Secretary, JOHN ASHCROFT, )<br>Attorney General; EDUARDO AQUIRRE JR.,)<br>Director of USCIS; DENNIS RIORDAN, )<br>District Director-Boston, USCIS, )<br>)<br>)<br>Respondents. )<br>) | C.A. NO. 04-10318-RGS |

## RESPONDENTS' MOTION TO DISMISS PETITION

The Respondents hereby move this Court to dismiss the Petition of Ade George Oyegbola on the grounds that it fails to state a claim upon which relief can be granted.

The Respondents rely on their Memorandum of Law filed simultaneously herewith.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:    /s/ Michael P. Sady
        Michael P. Sady
        Assistant U.S. Attorney
        John J. Moakley U.S. Federal Courthouse
        Suite 9200
        Boston, MA 02210
        617-748-3100

## CERTIFICATION UNDER L.R. 7.1

Pursuant to Local Rule 7.1(a)(2), since plaintiff is pro se the parties have not conferred with regard to this motion.

## CERTIFICATE OF SERVICE

I certify that on July, 23, 2004, I caused a copy of the foregoing Respondents' Motion to Dismiss Petition to be served by first class mail, postage pre-paid to Petitioner, 46 Birchwood Road, U417, Randolph, MA 02368.

/s/ Michael P. Sady
Michael P. Sady
Assistant U.S. Attorney