UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON, MA)

| | |
|---|---|
| **ADE GEORGE OYEGBOLA,** **Petitioner** vs. **TOM RIDGE**, Secretary, DHS **JOHN ASHCROFT**, Attorney General, USDOJ **EDUARDO AQUIRRE JR.**, Director, USCIS **DENNIS RIORDAN**, District Director-Boston, USCIS **Respondents** | **C.A.NO. 04-10318-RGS** USCIS # A028-408-457 |

## PETITIONER'S OPPOSITION TO "RESPONDENTS' MOTION TO DISMISS"

NOW comes, Petitioner Ade George Oyegbola, acting pro se, who brought this action pursuant to 8 U.S.C. § 1421(c) seeking judicial review of the denial of his application for naturalization by the United States Citizenship and Immigration Services (USCIS). The USCIS has moved to dismiss for failure to state a claim upon which relief can be granted.

For the reasons stated in "Petitioner's Memorandum of Points and Authorities In Support of Opposition to

Respondents Motion to Dismiss," the Respondents' Motion to Dismiss should be DENIED and Petitioner's Motion for Judgment by Default should be GRANTED.

RESPECTFULLY SUBMITTED,

_____
Ade George Oyegbola
Petitioner, Pro Se
46 Birchwood Road U428
Randolph, MA 02368
Phone: (781) 963 0304
Email: Oyegbola@lancorltd.com

**DATED: JULY 26, 2004**

### CERTIFICATE OF SERVICE

I, Ade George Oyegbola, certify that on July 26, 2004, I caused a copy of the foregoing Motion to be served by "Hand Delivery" to Michael Sady, AUSA, at U.S. Attorney's Office John Joseph Moakley U.S. Courthouse, Suite 9200 Boston, MA 02210

_____
Ade George Oyegbola
Petitioner, Pro Se