UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON, MA)

| | |
|---|---|
| **ADE GEORGE OYEGBOLA,**<br>Petitioner<br><br>vs.<br><br>**TOM RIDGE**, Secretary, DHS<br>**JOHN ASHCROFT**, Attorney General, USDOJ<br>**EDUARDO AQUIRRE JR.**, Director, USCIS<br>**DENNIS RIORDAN**, District Director-Boston, USCIS<br>**Respondents** | **C.A.NO. 04-10318-RGS**<br><br>USCIS # A028-408-457 |

**MOTION FOR PERMISSION TO FILE A SUPPLEMENTAL
MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF OPPOSITION TO "RESPONDENTS' MOTION TO
DISMISS"**

NOW COMES Petitioner, ADE GEORGE OYEGBOLA, Pro Se, and respectfully seek permission of the Court to submit a supplemental memorandum in opposition to Respondents' Motion to Dismiss.

The issue addressed in the attached supplemental memorandum is dispositive of all outstanding issues in this case.

WHEREFORE, Petitioner respectfully prays the Court to allow, the filing of the supplemental memorandum as part of the records.

RESPECTFULLY SUBMITTED,

_____
Ade George Oyegbola
Petitioner, Pro Se
46 Birchwood Road U428
Randolph, MA 02368
Phone: (781) 963 0304
Email: Oyegbola@lancorltd.com

**DATED: JULY 29, 2004**

### CERTIFICATE OF SERVICE

I, Ade George Oyegbola, certify that on July 29, 2004, I caused a copy of the foregoing Motion to be served by "Hand Delivery" to Michael P. Sady, AUSA, at U.S. Attorney's Office John Joseph Moakley U.S. Courthouse, Suite 9200 Boston, MA 02210

_____
Ade George Oyegbola
Petitioner, Pro Se