UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ADE GEORGE OYEGBOLA**
    **Petitioner**

    **V.**                                        **CIVIL ACTION NO. 04-10318-RGS**

**TOM RIDGE, Secretary DHS;**
**JOHN ASHCROFT, Attorney General, USDOJ;**
**EDUARDO AQUIRRE JR., Director, ASCUS;**
**DENNIS RIORDAN, District Director-Boston, ASCUS**
    **Respondents**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                  **SEPTEMBER 10, 2004**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON RESPONDENTS' MOTION TO DISMISS ENTERED ON SEPTEMBER 2, 2004,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY **DISMISSED.**

SO ORDERED.

                                        **RICHARD G. STEARNS**
                                        **UNITED STATES DISTRICT JUDGE**

                **BY:**

                              **/s/ Mary H. Johnson**
                                  **Deputy Clerk**