**NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT AND ORDER OF A DISTRICT COURT**

United States District Court for the District of Massachusetts
File Number: **CIV-04-10318-RGS**

**ADE GEORGE OYEGBOLA,**

**Petitioner**

vs.

**TOM RIDGE,** Secretary, DHS
**JOHN ASHCROFT,** Attorney General, USDOJ
**EDUARDO AQUIRRE JR.,** Director, USCIS
**DENNIS RIORDAN,** District Director-Boston, USCIS
**Respondents**

**NOTICE OF APPEAL**

FILING FEE PAID:
RECEIPT # _55248_
AMOUNT $ _255.00_
BY DPTY CLK _MCK_
DATE _9/16/04_

   Notice is hereby given that ADE GEORGE OYEGBOLA,

Petitioner, Pro Se, in the above named case hereby appeal

to the United States Court of Appeals for the First Circuit

from the final judgment and order of dismissal entered in

this action on the 10th day of September, 2004.

Dated: September 17, 2004

Ade George Oyegbola
Petitioner, Pro Se
46 Birchwood Road U428
Randolph, MA 02368
Phone: (781) 963 0304
Email: Oyegbola@lancorltd.com